UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Michael E. Sawyer,                                        Civil No. 09-1017 JNE/AJB

        Petitioner,

v.                                                                                  **ORDER**

T.K. Cozza-Rhodes,
acting Warden FPC–Duluth,

        Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 9, 2009, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Michael E. Sawyer's Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus is **DISMISSED** without prejudice. [Docket No. 1].

Dated: <u>July 28, 2009</u>

                                                <u>s/ Joan N. Ericksen</u>
                                                Joan N. Ericksen
                                                United States District Court Judge